NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANA ELAINE AMMONS,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3156

---

Petition for review of the Merit Systems Protection Board in case no. SF0752090897-I-1.

---

## ON MOTION

---

## ORDER

Dana Elaine Ammons moves for a 60-day extension of time to file her initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Ammons' initial brief (form enclosed) is due within 60 days of the date of filing of this order. No further extensions should be anticipated.

FOR THE COURT

AUG 2 5 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dana Elaine Ammons (Informal Brief Form Enclosed)
Lauren S. Moore, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 2 5 2011

**JAN HORBALY**
**CLERK**